FILED
CLERK, U.S. DISTRICT COURT
MAR 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CITIBANK, N.A. | ) CV 14-01501-UA (SH) |
| Plaintiff, | ) ORDER SUMMARILY<br>) REMANDING IMPROPERLY<br>) REMOVED ACTION |
| v. | ) |
| CARMELLA SYKES, | ) |
| Defendant. | ) |

    The Court will remand this unlawful detainer action to state court summarily because defendant removed it improperly.

    On February 27, 2014, defendant, having been sued in a routine unlawful detainer action in California State Court, lodged a Notice of Removal of that action to this court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not property removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this order to remand the action to state court.

Simply stated, plaintiff could not have brought this action in federal court in the first place. Defendant does not competently allege facts supplying either diversity or federal question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful detainer Complaint states that the amount in controversy does not exceed $10,000. Moreover, because defendant resides in the forum state, defendant cannot properly remove the action, to the extent diversity jurisdiction is asserted. 28 U.S.C. § 1441(b).

Nor does plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that: 1) this matter is REMANDED to the Superior Court of California, Los Angeles County, Long Beach Courthouse, 275 Magnolia Avenue, Long Beach, CA 90802, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 3/9/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE